**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC** | § § § | |
| Plaintiff, | § § | No. 2:12-cv-064 |
| v. | § § | JURY TRIAL DEMANDED |
| **MONEYGRAM INTERNATIONAL, INC,** | § § § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS MONEYGRAM INTERNATIONAL, INC.**

Plaintiff TQP Development, LLC ("Plaintiff" or "TQP") and Defendant Moneygram International, Inc. ("MGI") pursuant to Fed. R. Civ. P. 41(a)(2), and pursuant to MGI's representations, hereby move for an order dismissing WITHOUT PREJUDICE the claims for relief against MGI and MGI's counterclaims for relief asserted against TQP in this case. Each side is to bear its own attorney's fees and costs.

AGREED:

Dated: November 14, 2012                         Respectfully Submitted,

| | |
|---|---|
| By: \s\ *Vishal Patel* (with permission) <br> Max Ciccarelli <br>   State Bar No. 00787242 <br>   Max.Ciccarelli@tklaw.com <br> Vishal Patel <br>   State Bar No. 24065885 <br>   Vishal.Patel@tklaw.com <br> <br> THOMPSON & KNIGHT LLP <br> One Arts Plaza <br> 1722 Routh St., Suite 1500 <br> Dallas, Texas 75201 | By: \s\ *Hao Ni* <br> Hao Ni <br> Texas Bar No. 24047205 <br> Ni Law Firm, PLLC <br> 8140 Walnut Hill, Ste. 310 <br> Dallas, TX 75231 <br> Telephone: 972.331.4602 <br> Fax: 972.314.0900 <br> E-mail: hni@nilawfirm.com <br> <br> Andrew W. Spangler <br> State Bar No. 24041960 |

| | |
|---|---|
| 214.969.1700<br>214.969.1751 (Fax)<br><br>**ATTORNEYS FOR DEFENDANT**<br>**MONEYGRAM INTERNATIONAL, INC.** | Spangler & Fussell P.C.<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br>Email: spangler@sfipfirm.com<br>James A. Fussell, III<br>AR State Bar No. 2003193<br>Spangler & Fussell P.C.<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br>Email: fussell@sfipfirm.com<br><br>Marc A. Fenster<br>CA Bar No. 181067<br>E-mail: mfenster@raklaw.com<br>Alexander Chester Giza<br>E-mail: agiza@raklaw.com<br>Andrew D Weiss<br>E-mail: aweiss@raklaw.com<br>Adam S. Hoffman<br>E-mail: ahoffman@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>Telephone: 310/826-7474<br>Facsimile: 310/826-6991<br><br>**ATTORNEYS FOR PLAINTIFF TQP**<br>**DEVELOPMENT, LLC** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

                                                           \s\ *Hao Ni*