IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC** | § § § | |
| Plaintiff, | § § | No. 2:12-cv-064 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **MONEYGRAM INTERNATIONAL, INC,** | § § | |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO DISMISS MONEYGRAM INTERNATIONAL, INC.

In consideration of the Joint Motion to Dismiss (Doc. No. 49) filed by Plaintiff TQP Development, LLC ("Plaintiff" or "TQP") and Defendant Moneygram International, Inc. ("MGI"), the Court hereby dismisses WITHOUT PREJUDICE all of TQP's claims for relief against MGI and MGI's counterclaims for relief asserted against TQP in this case. TQP and MGI shall bear their own attorneys' fees, costs of court and expenses.

**It is SO ORDERED.**

**SIGNED this 15th day of November, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE